# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Monica Castro, Damary Santa, and Nancy Helmold, individually and on behalf of all others similarly situated in California, Massachusetts, Illinois, Florida, Michigan, Minnesota, Missouri, New Jersey, New York, and Washington,<br><br>          Plaintiffs,<br><br>          v.<br><br>Abbott Laboratories,<br><br>          Defendant. | No. 1:25-cv-00377<br><br>Hon. Rebecca R. Pallmeyer |

## ABBOTT LABORATORIES' MOTION TO DISMISS

Defendant Abbott Laboratories ("Abbott") respectfully moves to dismiss Plaintiffs' Class Action Complaint (Dkt. 1) pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and the first-to-file rule. In support of its motion, Abbott submits, and incorporates as though fully set forth herein, the accompanying memorandum of law, which is being filed concurrently.

Dated: April 14, 2025

Respectfully submitted,

**LATHAM & WATKINS LLP**

By /s/ Heather A. Waller
Heather A. Waller (ARDC No. 6302537)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
heather.waller@lw.com

William J. Trach (*pro hac vice*)
william.trach@lw.com
U. Gwyn Williams (*pro hac vice*)
gwyn.williams@lw.com

Nathan A. Sandals (*pro hac vice*)
nathan.sandals@lw.com
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000

Attorneys for Defendant
Abbott Laboratories