**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Monica Castro, Damary Santa, and Nancy Helmold, individually and on behalf of all others similarly situated in California, Massachusetts, Illinois, Florida, Michigan, Minnesota, Missouri, New Jersey, New York, and Washington,<br><br>    Plaintiffs,<br><br>  v.<br><br>Abbott Laboratories,<br><br>    Defendant. | No. 1:25-cv-00377<br><br>Hon. Rebecca R. Pallmeyer |

## **DECLARATION OF HEATHER A. WALLER**

I, Heather A. Waller, declare as follows:

1. I am an attorney with the law firm of Latham & Watkins LLP. I represent Defendant Abbott Laboratories ("Abbott") in the above-captioned matter. I submit this declaration in support of Abbott's Motion to Dismiss.

2. I am over the age of eighteen and have knowledge of the facts stated in this declaration based on my personal knowledge. If called upon to testify, I could and would testify consistently herewith.

3. Attached hereto as **Exhibit A** is a true and correct copy of a digital version of the Go & Grow label used for the product at issue in Plaintiffs' Complaint during the relevant time period.

4. Attached hereto as **Exhibit B** is a true and correct copy of a digital version of the Pure Bliss label used for the product at issue in Plaintiff's Complaint during the relevant time period.

5. Attached hereto as **Exhibit C** is a true and correct copy of the filed Complaint in *Gutierrez et al. v. Abbott Lab'ys, Inc.*, 2:24-CV-02427-TLN-SCR. *Gutierrez* Dkt 1.

6. Attached hereto as **Exhibit D** is a true and correct copy of the filed Complaint in *Schavrien et al. v. Abbott Lab'ys, Inc.*, 3:24-cv-09452-RFL. *Schavrien* Dkt 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2025 in Chicago, Illinois.

                                                             /s/ Heather A. Waller
                                                             Heather A. Waller